IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

**United States of America**

vs

CR NO. 2:20-CR-00123-DCN-1

**Justin Thomas Pierce**

## PLEA

The defendant, **Justin Thomas Pierce**, having withdrawn his plea of Not Guilty entered February 25, 2020, pleads guilty to **Count(s)** _____1_____ of the **Indictment**, after arraignment in open court.

(Signed) Defendant

Charleston, South Carolina
September 30, 2020